# First District Court of Appeal
## State of Florida

_____

No. 1D18-0622
_____

Shontai L. Dunlap,

   Appellant,

   v.

State of Florida,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

June 5, 2018

Per Curiam.

   Affirmed.

Wolf, Jay, and Winsor, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Shontai L. Dunlap, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Appellee.